UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIAN FRANCIS WILLIAMS,

    Plaintiff,

v.                                                  Case No. 4:20-cv-288-TKW/MAF

LESLIE BURCH, et al.,

    Defendants.

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 133) and Plaintiff's objections (Doc. 134). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

It is not entirely clear what specific portions of the R&R that Plaintiff is objecting to because his single-spaced handwritten objections span 13 pages and are hard to read and even harder to understand. However, it appears that Plaintiff is primarily objecting to the dismissal of his claims for money damages and the alleged denial of his "discovery rights."

With respect to the dismissal of the claims for money damages, the fifth amended complaint clearly shows that the individual defendants were sued in their official capacities, not their individual capacities. It is well established that a suit

against a state official in his or her official capacity is effectively a suit against the State and it is equally well established that (with limited exceptions) the Eleventh Amendment bars suits for money damages against a State in federal court. None of the exceptions to Eleventh Amendment immunity that would allow Plaintiff to pursue money damages against the State are present in this case. Thus, the claims for money damages are due to be dismissed.

With respect to the denial of discovery rights, this case is being remanded to the magistrate judge for further proceedings on the claims against the remaining defendants. Those further proceedings include discovery. If it turns out that the evidence produced in discovery shows that Plaintiff might have claims against the defendants who have been dismissed (or others), he may seek leave from the magistrate judge to further amend his complaint to assert such claims.

To the extent that Plaintiff is challenging any of the other rulings in the R&R, the Court fully agrees with the magistrate judge's legal analysis and recommended disposition of Defendants' motions to dismiss.

Accordingly, it is **ORDERED** that:

1. Plaintiff's objections to the R&R are overruled and the R&R is adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss (Docs. 95, 116) are **DENIED in part** with respect to the Eighth Amendment claims against Defendants Burch, Carter,

Mevin, Hancock, and the Jane Doe housing sergeant; and **GRANTED in part** with respect to all other claims and all claims for money damages.

3.  This case is recommitted to the magistrate judge for further proceedings.

**DONE and ORDERED** this 28th day of March, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**