UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIAN FRANCIS WILLIAMS,

    Plaintiff,

v.                                    Case No. 4:20-cv-288-TKW/MAF

LESLIE BURCH, et al.,

    Defendants.
_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Second Report and Recommendation (R&R) (Doc. 202) and Plaintiff's objection (Doc. 204). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that the claims against the Jane Doe housing sergeant should be dismissed because she has not been identified or served and that the other defendants are entitled to summary judgment on Plaintiff's remaining claims. This disposition is not inconsistent with the first R&R and the Order adopting that R&R as Plaintiff claims because the case is now in a different procedural posture and the facts are viewed based on the summary judgment evidence not just the allegations in the operative complaint.

The Court did not overlook the grievances attached to the objection, but those grievances do not appear to have anything to do with the allegations in the operative complaint.  The grievances describe events occurring in January 2023 and are dated in February 2023, whereas the operative complaint involves events occurring in 2018 and 2019

The Court also did not overlook Plaintiff's "Motion for Awareness" (Doc. 203), but that filing appears to be complaining about events that started in June 2022, which is well after the timeframe in the operative complaint.  The motion does not seek any form of relief and Plaintiff's complaints about his treatment in prison should be directed to prison officials in the first instance, not the Court.

Accordingly, it is **ORDERED** that:

1. The Second R&R is adopted and incorporated by reference in this Order.

2. The claims against the Jane Doe housing sergeant are DIMISSED for lack of service.

3. Any relief requested by Plaintiff in the "Motion for Awareness" (Doc. 203) is DENIED.

4. Plaintiff's motion for summary judgment (Doc. 176) is DENIED.

5. Defendants' motion for summary judgment (Doc. 186) is GRANTED, and the Clerk shall enter judgment in favor of Defendants, stating "Plaintiff Adrian

Francis Williams shall take nothing from this action and Defendants shall go hence without day."

      6.    The Clerk shall close the case file.

**DONE and ORDERED** this 27th day of March, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**